| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com | |

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor(s)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re:
Danielle D Bias

CASE NO.:
CHAPTER: Chapter 13

**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**

[11 U.S.C. § 521(a)(1)(B)(iv)]

Debtor(s).

[No hearing required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 02/15/2024

Danielle D Bias
Printed name of Debtor 1

/s/ Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____

Printed name of Debtor 2

Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015

F 1002-1.EMP.INCOME.DEC

# Earnings Statement

BIAS, DANIELLE

| | |
|---|---|
| Pay Date: 02/23/2024 | Company: 0QO03 - MUSEUM OF CONTEMPORARY ART |
| Period Start: 02/04/2024 | 250 S GRAND AVE |
| Period End: 02/17/2024 | LOS ANGELES  CA  90012   (213) 621-1758 |

Emp #: 1194
Dept: 100101 - Communications
Pay Basis: Salary

| | Rate Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | 8826.92 | 31776.93 | |
| Sick | | 0.00 | 882.69 | |
| Celnet | | 0.00 | 75.00 | |
| Holiday | | 0.00 | 2648.08 | |
| Group Term Life Insurance | | 28.38 | 113.52 | In/Out |
| **Gross** | | **8855.30** | **35496.22** | |
| **W/H Taxes** | | | | |
| Federal W/H(H) | | 1407.00 | 5651.28 | |
| Medicare | | 125.15 | 501.67 | |
| Social Security | | 535.10 | 2145.06 | |
| California State W/H(H/2) | | 579.09 | 2323.80 | |
| CaliforniaSDI Tax | | 94.63 | 379.33 | |
| **Deductions** | | | | |
| 401K % | | 265.66 | 1064.89 | |
| Accident Insurance - Guardian | | 8.13 | 32.52 | |
| Dental Insurance | | 5.64 | 22.56 | |
| FSA Pre Tax | | 88.88 | 355.52 | |
| Hospital Confin - Guardian | | 12.17 | 48.68 | |
| Medical | | 108.49 | 433.96 | |
| Vision Insurance | | 1.32 | 5.28 | |
| Voluntary Life Insurance | | 8.00 | 32.00 | |
| **Net Pay** | | **5587.66** | **22386.15** | Voucher No. 540946329DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | 5587.66 | 22386.15 | A/C:7294 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| MOCA COVID Sick Leave Hours | 0.00 | 52.50 | 15.00 | 37.50 |
| Sick Leave  Hours | 2.67 | 50.73 | 18.75 | 31.98 |
| Vacation  Hours | 4.04 | 80.80 | 15.00 | 65.80 |

# Earnings Statement

BIAS, DANIELLE

| | |
|---|---|
| Pay Date: 02/09/2024 | Company: 0QO03 - MUSEUM OF CONTEMPORARY ART    Emp #: 1194 |
| Period Start: 01/21/2024 | 250 S GRAND AVE    Dept: 100101 - Communications |
| Period End: 02/03/2024 | LOS ANGELES  CA  90012   (213) 621-1758    Pay Basis: Salary |

| | Rate Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | 8826.93 | 22950.01 | |
| Sick | | 0.00 | 882.69 | |
| Celnet | | 75.00 | 75.00 | |
| Holiday | | 0.00 | 2648.08 | |
| Group Term Life Insurance | | 28.38 | 85.14 | In/Out |
| **Gross** | | **8930.31** | **26640.92** | |
| **W/H Taxes** | | | | |
| Federal W/H(H) | | 1430.28 | 4244.28 | |
| Medicare | | 126.23 | 376.52 | |
| Social Security | | 539.76 | 1609.96 | |
| California State W/H(H/2) | | 586.53 | 1744.71 | |
| CaliforniaSDI Tax | | 95.45 | 284.70 | |
| **Deductions** | | | | |
| 401K % | | 267.91 | 799.23 | |
| Accident Insurance - Guardian | | 8.13 | 24.39 | |
| Dental Insurance | | 5.64 | 16.92 | |
| FSA Pre Tax | | 88.88 | 266.64 | |
| Hospital Confin - Guardian | | 12.17 | 36.51 | |
| Medical | | 108.49 | 325.47 | |
| Vision Insurance | | 1.32 | 3.96 | |
| Voluntary Life Insurance | | 8.00 | 24.00 | |
| **Net Pay** | | **5623.14** | **16798.49** Voucher No. 537493103DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | 5623.14 | 16798.49 A/C:7294 | |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| MOCA COVID Sick Leave Hours | 0.00 | 52.50 | 15.00 | 37.50 |
| Sick Leave  Hours | 2.67 | 48.06 | 18.75 | 29.31 |
| Vacation  Hours | 4.04 | 76.76 | 15.00 | 61.76 |

# Earnings Statement

**BIAS, DANIELLE**

| | |
|---|---|
| Pay Date: 01/26/2024 | Company: 0QO03 - MUSEUM OF CONTEMPORARY ART |
| Period Start: 01/07/2024 | 250 S GRAND AVE |
| Period End: 01/20/2024 | LOS ANGELES CA 90012  (213) 621-1758 |

Emp #: 1194
Dept: 100101 - Communications
Pay Basis: Salary

| | Rate Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | 7061.55 | 14123.08 | |
| Sick | | 882.69 | 882.69 | |
| Holiday | | 882.69 | 2648.08 | |
| Group Term Life Insurance | | 28.38 | 56.76 | In/Out |
| **Gross** | | **8855.31** | **17710.61** | |
| **W/H Taxes** | | | | |
| Federal W/H(H) | | 1407.00 | 2814.00 | |
| Medicare | | 125.15 | 250.29 | |
| Social Security | | 535.10 | 1070.20 | |
| California State W/H(H/2) | | 579.09 | 1158.18 | |
| CaliforniaSDI Tax | | 94.62 | 189.25 | |
| **Deductions** | | | | |
| 401K % | | 265.66 | 531.32 | |
| Accident Insurance - Guardian | | 8.13 | 16.26 | |
| Dental Insurance | | 5.64 | 11.28 | |
| FSA Pre Tax | | 88.88 | 177.76 | |
| Hospital Confin - Guardian | | 12.17 | 24.34 | |
| Medical | | 108.49 | 216.98 | |
| Vision Insurance | | 1.32 | 2.64 | |
| Voluntary Life Insurance | | 8.00 | 16.00 | |
| **Net Pay** | | **5587.68** | **11175.35** | Voucher No. 533938526DD |

**Net Pay Distribution**

| | | |
|---|---|---|
| Direct Deposit Net Check | 5587.68 | 11175.35 A/C:7294 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| MOCA COVID Sick Leave Hours | 0.00 | 52.50 | 15.00 | 37.50 |
| Sick Leave Hours | 2.67 | 45.39 | 18.75 | 26.64 |
| Vacation Hours | 4.04 | 72.72 | 15.00 | 57.72 |

# Earnings Statement

BIAS, DANIELLE

| | | |
|---|---|---|
| Pay Date: | 01/12/2024 | Company: 0QO03 - MUSEUM OF CONTEMPORARY ART |
| Period Start: | 12/24/2023 | 250 S GRAND AVE |
| Period End: | 01/06/2024 | LOS ANGELES  CA  90012    (213) 621-1758 |

Emp #: 1194
Dept: 100101 - Communications
Pay Basis: Salary

| | Rate Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | 7061.53 | 7061.53 | |
| Holiday | | 1765.39 | 1765.39 | |
| Group Term Life Insurance | | 28.38 | 28.38 | In/Out |
| **Gross** | | **8855.30** | **8855.30** | |
| **W/H Taxes** | | | | |
| Federal W/H(H) | | 1407.00 | 1407.00 | |
| Medicare | | 125.14 | 125.14 | |
| Social Security | | 535.10 | 535.10 | |
| California State W/H(H/2) | | 579.09 | 579.09 | |
| CaliforniaSDI Tax | | 94.63 | 94.63 | |
| **Deductions** | | | | |
| 401K % | | 265.66 | 265.66 | |
| Accident Insurance - Guardian | | 8.13 | 8.13 | |
| Dental Insurance | | 5.64 | 5.64 | |
| FSA Pre Tax | | 88.88 | 88.88 | |
| Hospital Confin - Guardian | | 12.17 | 12.17 | |
| Medical | | 108.49 | 108.49 | |
| Vision Insurance | | 1.32 | 1.32 | |
| Voluntary Life Insurance | | 8.00 | 8.00 | |
| **Net Pay** | | **5587.67** | **5587.67** Voucher No. 530582751DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | 5587.67 | 5587.67 A/C:7294 | |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| MOCA COVID Sick Leave Hours | 0.00 | 52.50 | 15.00 | 37.50 |
| Sick Leave  Hours | 2.67 | 42.72 | 11.25 | 31.47 |
| Vacation  Hours | 4.04 | 68.68 | 15.00 | 53.68 |

# Earnings Statement

BIAS, DANIELLE

| | |
|---|---|
| Pay Date: 01/26/2024 | Company: 0QO03 - MUSEUM OF CONTEMPORARY ART    Emp #: 1194 |
| Period Start: 01/07/2024 | 250 S GRAND AVE    Dept: 100101 - Communications |
| Period End: 01/20/2024 | LOS ANGELES  CA  90012   (213) 621-1758    Pay Basis: Salary |

| | Rate Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | 7061.55 | 14123.08 | |
| Sick | | 882.69 | 882.69 | |
| Holiday | | 882.69 | 2648.08 | |
| Group Term Life Insurance | | 28.38 | 56.76 | In/Out |
| **Gross** | | **8855.31** | **17710.61** | |
| **W/H Taxes** | | | | |
| Federal W/H(H) | | 1407.00 | 2814.00 | |
| Medicare | | 125.15 | 250.29 | |
| Social Security | | 535.10 | 1070.20 | |
| California State W/H(H/2) | | 579.09 | 1158.18 | |
| CaliforniaSDI Tax | | 94.62 | 189.25 | |
| **Deductions** | | | | |
| 401K % | | 265.66 | 531.32 | |
| Accident Insurance - Guardian | | 8.13 | 16.26 | |
| Dental Insurance | | 5.64 | 11.28 | |
| FSA Pre Tax | | 88.88 | 177.76 | |
| Hospital Confin - Guardian | | 12.17 | 24.34 | |
| Medical | | 108.49 | 216.98 | |
| Vision Insurance | | 1.32 | 2.64 | |
| Voluntary Life Insurance | | 8.00 | 16.00 | |
| **Net Pay** | | **5587.68** | **11175.35** | Voucher No. 533938526DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | 5587.68 | 11175.35 | A/C:7294 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| MOCA COVID Sick Leave Hours | 0.00 | 52.50 | 15.00 | 37.50 |
| Sick Leave  Hours | 2.67 | 45.39 | 18.75 | 26.64 |
| Vacation  Hours | 4.04 | 72.72 | 15.00 | 57.72 |

# Earnings Statement

DIAS, DANIELLE

| | |
|---|---|
| Pay Date: 01/12/2024 | Company: 0QO03 - MUSEUM OF CONTEMPORARY ART    Emp #: 1194 |
| Period Start: 12/24/2023 | 250 S GRAND AVE    Dept: 100101 - Communications |
| Period End: 01/06/2024 | LOS ANGELES  CA  90012   (213) 621-1758    Pay Basis: Salary |

| | Rate | Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | | | 7061.53 | 7061.53 | |
| Holiday | | | 1765.39 | 1765.39 | |
| Group Term Life Insurance | | | 28.38 | 28.38 | In/Out |
| **Gross** | | | **8855.30** | **8855.30** | |
| **W/H Taxes** | | | | | |
| Federal W/H(H) | | | 1407.00 | 1407.00 | |
| Medicare | | | 125.14 | 125.14 | |
| Social Security | | | 535.10 | 535.10 | |
| California State W/H(H/2) | | | 579.09 | 579.09 | |
| CaliforniaSDI Tax | | | 94.63 | 94.63 | |
| **Deductions** | | | | | |
| 401K % | | | 265.66 | 265.66 | |
| Accident Insurance - Guardian | | | 8.13 | 8.13 | |
| Dental Insurance | | | 5.64 | 5.64 | |
| FSA Pre Tax | | | 88.88 | 88.88 | |
| Hospital Confin - Guardian | | | 12.17 | 12.17 | |
| Medical | | | 108.49 | 108.49 | |
| Vision Insurance | | | 1.32 | 1.32 | |
| Voluntary Life Insurance | | | 8.00 | 8.00 | |
| **Net Pay** | | | **5587.67** | **5587.67** | Voucher No. 530582751DD |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | 5587.67 | 5587.67 | A/C:7294 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| MOCA COVID Sick Leave Hours | 0.00 | 52.50 | 15.00 | 37.50 |
| Sick Leave  Hours | 2.67 | 42.72 | 11.25 | 31.47 |
| Vacation  Hours | 4.04 | 68.68 | 15.00 | 53.68 |

# Earnings Statement                                                                                       BIAS, DANIELLE

| | | |
|---|---|---|
| Pay Date: 12/29/2023 | Company: 0QO03 - MUSEUM OF CONTEMPORARY ART | Emp #: 1194 |
| Period Start: 12/10/2023 | 250 S GRAND AVE | Dept: 100101 - Communications |
| Period End: 12/23/2023 | LOS ANGELES  CA  90012   (213) 621-1758 | Pay Basis: Salary |

|  | Rate | Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | | | 7944.24 | 122806.76 | |
| MOCA COVID Sick Leave | | | 0.00 | 1765.39 | |
| Sick | | | 0.00 | 1324.04 | |
| Vacation | | | 0.00 | 1730.77 | |
| Celnet | | | 0.00 | 450.00 | |
| Holiday | | | 882.69 | 7892.32 | |
| Payroll Replacement Payment | | | 0.00 | 4346.46 | |
| Personal | | | 0.00 | 1253.57 | |
| Relocation | | | 0.00 | 13302.27 | |
| Gift Card Memo | | | 50.00 | 50.00 | In/Out |
| **Gross** | | | **8876.93** | **154921.58** | |
| **W/H Taxes** | | | | | |
| Federal W/H(H) | | | 1477.79 | 27540.44 | |
| Medicare | | | 125.60 | 2142.83 | |
| Social Security | | | 537.05 | 9162.46 | |
| California State W/H(H/2) | | | 590.52 | 10546.36 | |
| CaliforniaSDI Tax | | | 77.95 | 1330.03 | |
| **Deductions** | | | | | |
| 401K % | | | 266.31 | 3171.96 | |
| 401K Fixed | | | 0.00 | 259.62 | |
| Accident Insurance - Guardian | | | 8.13 | 105.69 | |
| Dental Insurance | | | 5.64 | 73.32 | |
| Dependent Care - FSA | | | 48.08 | 625.04 | |
| FSA Pre Tax | | | 65.00 | 845.00 | |
| Hospital Confin - Guardian | | | 12.17 | 158.21 | |
| Medical | | | 66.55 | 865.15 | |
| Vision Insurance | | | 1.32 | 17.16 | |
| Voluntary Life Insurance | | | 8.00 | 104.00 | |
| **Net Pay** | | | **5536.82** | **97924.31** | Voucher No. 526997164DD |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | 5536.82 | 97924.31 | A/C:7294 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| MOCA COVID Sick Leave Hours | 0.00 | 52.50 | 15.00 | 37.50 |
| Sick Leave  Hours | 2.67 | 40.05 | 11.25 | 28.80 |
| Vacation  Hours | 4.04 | 64.64 | 15.00 | 49.64 |