1  Nancy Curry
   Chapter 13 Trustee
   1000 Wilshire Blvd., Suite 870
2  Los Angeles, CA 90017
   (213) 689-3014
3

4                UNITED STATES BANKRUPTCY COURT
                 CENTRAL DISTRICT OF CALIFORNIA
5                     LOS ANGELES DIVISION

6  IN RE:                            ) CHAPTER 13
                                     )
7  BIAS, DANIELLE D                  ) CASE NO.2:24-bk-11360-VZ
                                     )
8                                    ) **AMENDED**
                                     ) **NOTICE OF §341(a) MEETING**
9                                    ) **OF CREDITORS**
                                     )
10                                   ) **Date: 4/11/2024**
                                     ) **Time: 9:00 AM**
11                                   ) **Place: WILL BE CONDUCTED**
                            Debtor   ) **REMOTELY**
12 _____   )

13        In light of the current situations related to COVID-19
   and in order to adhere to the social distancing guidelines,
14 all §341(a) meetings of creditors commencing April 13, 2020
   will be conducted remotely until further notice.
15        PLEASE TAKE NOTICE that the scheduled §341(a) meeting of
   creditors in the above-referenced matter will be conducted
16 remotely at the same date and time as set forth above using
   the online video system Zoom in lieu of in-person at the
17 location provided in the original Notice. Please refer to the
   instructions on the next page on how to access the meeting via
18 Zoom.

19   Date: March 11, 2024                        /s/ Nancy Curry

20   AMENDED NTC OF 341(A) MEETING

**INSTRUCTIONS ON HOW TO ACCESS ZOOM**

If you have a headset with a microphone, such as the headphones you speak on your mobile phone with, please read the instructions below for "Accessing Zoom Online (with a Microphone)." If you *do not* have a headset with a microphone, please read "Accessing Zoom Online (without a Microphone)" below.

If you do not have a computer with Internet access, please read "Accessing Zoom via Telephone."

**Accessing Zoom Online (with a Microphone):**

1. Click on the following link: **https://us06web.zoom.us/j/87954711906?pwd=UTYoI2969nzSxBZtdybPLuasaqyeS7.1**
2. Install Zoom when prompted. If you are not prompted to install Zoom, click "Download and Install" as shown on the screen. Install the application.
3. After Zoom is installed, enter your name as listed on your driver's license/state-issued ID. Click "Join Meeting.
4. If prompted, enter the following password: **360945**
5. Click "Join with Computer Audio." You are now in the meeting.

**Accessing Zoom Online (without a Microphone):**

1. Click on the following link: **https://us06web.zoom.us/j/87954711906?pwd=UTYoI2969nzSxBZtdybPLuasaqyeS7.1**
2. Install Zoom when prompted. If you are not prompted to install Zoom, click "Download and Install" as shown on the screen. Install the application.
3. After Zoom is installed, enter your name as listed on your driver's license/state-issued ID. Click "Join Meeting."
4. If prompted, enter the following password: **360945**
5. Click "Phone Call" in the box that appears. Click "Done."
6. On your phone, dial **(877) 853-5247**.
7. When prompted, enter the Meeting ID: **879 5471 1906**. Hit "# (pound)" twice when prompted. You are now in the meeting.

**Accessing Zoom via Telephone:**

1. Call toll-free **(877) 853-5247**.
2. When prompted, enter the following Meeting ID: **879 5471 1906**.
3. Hit "# (pound)". When prompted, enter the password: **360945**

# PROOF OF SERVICE DOCUMENT

In Re:    **BIAS, DANIELLE D**

**Case No. LA 2:24-bk-11360-VZ**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
>NANCY CURRY, CHAPTER 13 TRUSTEE
>1000 WILSHIRE BLVD., SUITE 870
>LOS ANGELES, CA  90017

The foregoing document described as **AMENDED NOTICE OF 341(a) MEETING OF CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On March 11, 2024
I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On March 11, 2024, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor | Attorney for Debtor |
|---|---|
| BIAS, DANIELLE D | BENJAMIN HESTON |
| | NEXUS BANKRUPTCY |
| 5600 WILSHIRE BLVD | 3090 BRISTOL STREET #400 |
| LOS ANGELES, CA 90036 | COSTA MESA, CA 92626- |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R. Civ.P.5 and/or controlling LBR, on March 11, 2024, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 11, 2024 | Elizet Cash-Shelton | /s/ Elizet Cash-Shelton |
|---|---|---|
| Date | Type Name | Signature |

```
Label Matrix for local noticing          Capital One Auto Finance, a division of Capi   Los Angeles Division
0973-2                                   4515 N Santa Fe Ave. Dept. APS                 255 East Temple Street,
Case 2:24-bk-11360-VZ                    Oklahoma City, OK 73118-7901                   Los Angeles, CA 90012-3332
Central District of California
Los Angeles
Mon Mar 11 10:59:08 PDT 2024

AFFIRM                                   AVANT / WEB BANK                               BEST EGG
650 California St Fl 12                  222 Merchandise Mart Plz                       3419 Silverside Rd
San Francisco, CA 94108-2716             Chicago, IL 60654-1103                         Wilmington, DE 19810-4801


CAPITAL ONE                              (p)FIRST SAVINGS BANK                          CREDIT ONE BANK
PO Box 31293                             ATTN BANKRUPTCY                                PO Box 98875
Salt Lake City, UT 84131-0293            1500 S HIGHLINE AVE                            Las Vegas, NV 89193-8875
                                         SIOUX FALLS SD 57110-1003


Essex Apartments / The 5600 Wilshire     FEB RETAIL / CCI                               FIRST PREMIER BANK
5600 Wilshire Blvd                       PO Box 4499                                    601 S Minnesota Ave
Los Angeles, CA 90036-3769               Beaverton, OR 97076-4499                       Sioux Falls, SD 57104-4868


FIRST SAVINGS BANK / BLAZE               Internal Revenue Service                       LENDING CLUB BANK
5501 S Broadband Ln                      Centralized Insolvency Operation               595 Market St Ste 200
Sioux Falls, SD 57108-2253               PO Box 7346                                    San Francisco, CA 94105-2802
                                         Philadelphia, PA 19101-7346


LVNV Funding, LLC                        MERRICK BANK                                   (p)MOHELA
Resurgent Capital Services               PO Box 9201                                    CLAIMS DEPARTMENT
PO Box 10587                             Old Bethpage, NY 11804-9001                    633 SPIRIT DRIVE
Greenville, SC 29603-0587                                                               CHESTERFIELD MO 63005-1243


SYNCHRONY / CARE CREDIT                  TELECOM SELF-REPORTED                          THE BANK OF MISSOURI
950 Forrer Blvd                          PO Box 4500                                    5 Concourse Pkwy Ste 400
Kettering, OH 45420-1469                 Allen, TX 75013-1311                           Atlanta, GA 30328-9114


TOYOTA MOTOR CREDIT                      United States Trustee (LA)                     VERIZON
PO Box 9786                              915 Wilshire Blvd, Suite 1850                  PO Box 650584
Cedar Rapids, IA 52409-0004              Los Angeles, CA 90017-3560                     Dallas, TX 75265-0584


Vacation Club Loans                      Benjamin Heston                                Danielle D Bias
16403 Brookfield Estates                 Nexus Bankruptcy                               5600 Wilshire Blvd
Delray Beach, FL 33446-2362              3090 Bristol Street #400                       Los Angeles, CA 90036-3769
                                         Costa Mesa, CA 92626-3063


Nancy K Curry (TR)
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017-2466
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CCS / FIRST SAVINGS BANK<br>500 E 60TH ST N<br>SIOUX FALLS, SD 57104 | (d)First Savings Credit Card<br>PO Box 5019<br>Sioux Falls, SD 57117-5019 | MOHELA / DEPT OF EDUCATION<br>633 Spirit Dr<br>Chesterfield, MO 63005-1243 |

End of Label Matrix
Mailable recipients    27
Bypassed recipients     0
Total                  27