| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>Benjamin Heston (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>*ben@nexusbk.com*<br><br>*Counsel of Record for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>DANIELLE D. BIAS,<br><br><br><br>Debtor(s). | CASE NO.: 2:24-bk-11360-VZ<br><br>CHAPTER 13<br><br>**DEBTOR'S NOTICE OF MOTION AND MOTION TO ADVANCE HEARING DATE ON CONFIRMATION OF CHAPTER 13 PLAN**<br><br>[LBR 3015-1(d), (g)]<br><br>No hearing [LBR 9013-1(q)] |
|---|---|

A. **Notice of Motion.** Notice of this motion is given under LBR 9013-1(q), which does not require mail service because required parties will receive notice by NEF. There is no time period for parties to file a response to the motion.

B. **Motion**.

1. **Procedural Status of Case.**

   a. Petition Date: 2/23/2024
   b. Date of Meeting of Creditors under 11 U.S.C. § 341(a): 4/11/2024
   c. Current Hearing Date on Confirmation of Chapter 13 Plan: 3/17/2025
   d. Current Deadline to File Objections to Confirmation of Chapter 13 Plan: 3/3/2025

2. **Earliest Date of New Hearing on Confirmation of Chapter 13 Plan.** To allow sufficient time to comply with deadlines under LBR 3015-1(g) and FRBP 3015(f), and procedures of the chapter 13 trustee and the court, a hearing on confirmation of plan can only be advanced to a date that is later than the date for the Meeting of Creditors under 11 U.S.C. § 341(a) AND date a date that is **at least 60 days** from the date this application is filed.

---

This form is approved for use in cases presided over by the Honorable Vincent P. Zurzolo, United States Bankruptcy Judge

April 2018                                    Page 1                              VZ MOTION.ADVANCE.CH13CONF

3. **Request**: Based on the foregoing, the Debtor requests that the new hearing date on confirmation of chapter 13 plan be no earlier than <u>1/13/2025</u> *(indicate date available on the court's chapter 13 plan confirmation calendar)*.

Respectfully submitted:

Date: <u>9/16/2024</u>

_____.
Signature of Debtor

_____.
Printed name of Debtor

Date: _____

_____.
Signature of Joint Debtor (if applicable)

_____.
Printed name of Joint Debtor (if applicable)

Date: <u>9/16/2024</u>

/s/Benjamin Heston
_____.
Signature of Attorney for Debtor (if applicable)

_____.
Printed name of Attorney for Debtor (if applicable)

This form is approved for use in cases presided over by the Honorable Vincent P. Zurzolo, United States Bankruptcy Judge

April 2018                                    Page 2                         VZ MOTION.ADVANCE.CH13CONF

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400
Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S NOTICE OF MOTION AND MOTION TO ADVANCE HEARING DATE ON CONFIRMATION OF CHAPTER 13 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9/17/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nancy K Curry (TR)     TrusteeECFMail@gmail.com
Brande M McCann     askbk@resurgent.com
Amitkumar Sharma     amit.sharma@aisinfo.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 9/17/2024 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Vincent P. Zurzolo
255 E. Temple Street
Suite 1360 / Courtroom 1368
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/17/2024 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**