**NEXUS BANKRUPTCY**
Benjamin Heston (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGLES DIVISION

| In re: | Case No: 6:24-bk-11360-VZ |
|---|---|
| **DANIELLE D. BIAS,** | Chapter 13 |
| Debtor. | **NOTICE OF HEARING AND OPPOSITION TO TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE UNDER 11 U.S.C. §1307(c)** |
| | **Hearing:**
Date: November 4, 2024
Time: 11:00 AM
Courtroom: 1368
Location: 255 E. Temple Street
Los Angeles, CA 90012 |

TO THE HONORABLE VINCENT P. ZURZOLO, CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:

Parties are hereby notified that a hearing on the Trustee's Motion To Dismiss Chapter 13 Case Under 11 U.S.C. §1307(c) has been set for November 4, 2024, at 11:00 AM in Courtroom 1368 of the United States Bankruptcy Court – Los Angeles Division, located at 255 E. Temple Street, Los Angeles, CA 90012.

Debtor, Danielle D. Bias, hereby opposes the Trustee's Motion To Dismiss Chapter 13 Case Under 11 U.S.C. §1307(c) on the following grounds:

///

///

///

///

1

**2023 Tax Returns**

The Debtor has now filed her 2023 tax returns, and copies of these returns have been provided to the Chapter 13 Trustee. The Debtor received a refund from the Franchise Tax Board and owed $59 to the Internal Revenue Service, which was paid at the time of filing. Furthermore, the IRS till be filing an amended claim, which will reduce their claim by $16,701.30 from the original proof of claim.

**Proof of Child Support Income**

The Debtor has provided the necessary proof of child support income to the Chapter 13 Trustee.

**Disclosure of Attorney's Fees**

The Statement of Financial Affairs has been amended to reflect the correct disclosure of prepetition attorney's fees received by the Debtor's counsel.

**Feasibility of the Chapter 13 Plan**

The Debtor has filed an amended Chapter 13 plan that addresses the concerns raised regarding feasibility. The amended plan provides for full payment of all claims within the 60-month term, resolving any issues regarding feasibility. The Debtor filed a Motion to Advance the Confirmation Hearing as Docket No. 23.

**Current Plan Payments**

The Debtor is now current on all plan payments under the amended Chapter 13 plan. Any previous delinquency has been rectified, and the Debtor intends to remain current throughout the plan's duration.

///

///

///

## **CONCLUSION**

For the reasons set forth above, it is respectfully requested that the Court deny the Trustee's motion and allow the Debtor to proceed toward confirmation.

NEXUS BANKRUPTCY

Date: September 17, 2024

/s/Benjamin Heston
Benjamin Heston,
Attorney for Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3090 Bristol Street #400**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING AND OPPOSITION TO TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE UNDER 11 U.S.C. §1307(c)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9/17/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nancy K Curry (TR)     TrusteeECFMail@gmail.com
Brande M McCann     askbk@resurgent.com
Amitkumar Sharma     amit.sharma@aisinfo.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 9/17/2024 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Vincent P. Zurzolo
255 E. Temple Street
Suite 1360 / Courtroom 1368
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/17/2024 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                       **F 9013-3.1.PROOF.SERVICE**