United States Bankruptcy Court
Central District of California

In re:                                                                                   Case No. 24-11360-VZ
Danielle D Bias                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                          User: admin                          Page 1 of 1
Date Rcvd: Oct 24, 2024                       Form ID: pdf042                      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Danielle D Bias, 5600 Wilshire Blvd, Los Angeles, CA 90036-3769 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2024            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A., c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Benjamin Heston | on behalf of Debtor Danielle D Bias bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Brande M McCann | on behalf of Creditor LVNV Funding LLC askbk@resurgent.com |
| Kirsten Martinez | on behalf of Creditor Toyota Motor Credit Corporation Kirsten.Martinez@bonialpc.com Notices.Bonial@ecf.courtdrive.com |
| Nancy K Curry (TR) | TrusteeECFMail@gmail.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 6

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**NEXUS BANKRUPTCY**<br>Benjamin Heston (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>*Counsel of Record for Debtor* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>OCT 24 2024<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY johnson   DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>**DANIELLE D. BIAS,**<br><br><br><br>                                                                                                                                            Debtor(s). | CASE NO.: **2:24-bk-11360-VZ**<br><br>CHAPTER 13<br><br>**ORDER ☒ GRANTING ☐ DENYING DEBTOR'S MOTION TO ADVANCE HEARING DATE ON CONFIRMATION OF CHAPTER 13 PLAN**<br><br>[LBR 3015-1(d), (g)]<br><br>**Prior Plan Confirmation Hearing**: **3/17/2025**<br><br>**New Plan Confirmation Hearing**<br><br>DATE:  January 13, 2025<br>TIME:   10:00 a.m.<br>CTRM:  1368, Roybal Federal Building<br>            255 E. Temple St. Los Angeles, CA 90012 |
|---|---|

Having reviewed the debtor's motion (*see docket* #23), **IT IS ORDERED**:

1. ☒ The motion is GRANTED; and

    a. <u>New Plan Confirmation Hearing Date</u>.  The hearing on confirmation of debtor's chapter 13 plan is advanced to an earlier date than previously set by the court under LBR 3015-1(d):

    Prior Confirmation Hearing Date: **3/17/2025**

    **New Confirmation Hearing Date**: <u>January 13, 2025</u>

---

This form is approved for use in cases presided over by the Honorable Vincent P. Zurzolo, United States Bankruptcy Judge

April 2018                                                                    Page 1                                                            **VZ ORDER.ADVANCE.CH13CONF**

    b. <u>New Deadline for Filing Objections to Plan Confirmation</u>.  The deadline to file an objection to confirmation of chapter 13 plan is advanced to an earlier date than previously set by the court under LBR 3015-1(g):

        Prior Deadline to File Objections to Confirmation of Plan: **<u>3/3/2025</u>**

        **New Deadline to File Objections to Confirmation of Plan**:  <u>December 30, 2024</u>

    c. <u>Notice to Creditors of New Dates and Deadlines</u>.  The court will serve on all creditors a Notice of Change in Dates of: (1) Hearing on Confirmation of Chapter 13 Plan, and (2) Deadline to File Objections to Confirmation of Chapter 13 Plan.

2. ☐ The motion is DENIED

3. ☐ OTHER:

###

Date: October 24, 2024

                                                  Vincent P. Zurzolo
                                                  United States Bankruptcy Judge

---

This form is approved for use in cases presided over by the Honorable Vincent P. Zurzolo, United States Bankruptcy Judge

April 2018　　　　　　　　　　　　　Page 2　　　　　　　　**VZ ORDER.ADVANCE.CH13CONF**