Nancy Curry, Chapter 13 Standing Trustee
Masako Okuda (SBN 247925)
1000 Wilshire Boulevard, Suite 870
Los Angeles, California 90017
Tel: (213) 689-3014
Email: inquiries@trusteecurry.com

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>Danielle D Bias,<br><br><br><br><br><br><br><br><br>Debtor. | Chapter 13<br><br>Case No. 2:24-bk-11360-VZ<br><br>**DECLARATION OF MASAKO OKUDA REGARDING DEBTOR'S COMPLIANCE WITH COURT'S DIRECTIVE**<br><br>Date: November 4, 2024<br>Time: 11:00 A.M.<br>Place: Courtroom 1368<br>255 E. Temple Street,<br>Los Angeles, CA 90012 |

**DECLARATION OF MASAKO OKUDA**

I, Masako Okuda, declare:

1. Nancy Curry is the Chapter 13 Trustee (the "Trustee") with respect to the Chapter 13 Case No. 24-11360VZ; Danielle D Bias.

2. I am employed by the Trustee as a staff attorney and am duly qualified to make this declaration. I have personal knowledge of the facts stated herein and could and would competently testify thereto if called upon to do so.

1

3.	At the hearing on the Trustee's Motion to Dismiss Chapter 13 Case (the "Motion") held on November 4, 2024, the Court granted a continuance of the hearing to January 13, 2025 conditioned upon the Debtor curing the plan payment delinquency by November 8, 2024.

4.	At the time of the hearing, 8 plan payments totaling $5,134.00 were due and $2,184.46.00 was received.

5.	Three payments of $364.00, $1,111.11, and $1,500.00 were received on November 12, 2024, November 13, 2024, and November 19, 2024 respectively. Therefore, the Debtor satisfied the condition to continue the hearing. A true and correct copy of the plan payment history is attached as Exhibit "A" and is incorporated herein by this reference.

I declare under penalty of perjury that the foregoing is true and complete to the best of my knowledge. Executed at Los Angeles, California on January 6, 2025.

DATED: January 6, 2025                              /s/ Masako Okuda
                                                    Masako Okuda

**EXHIBIT "A"**

Case Docu2 Report Id:01/06/25ry                                                                             Page    1
Status as of        1/6/2025                                                                              Chapter 13

**2411360-VZ**

BIAS, DANIELLE D

5600 WILSHIRE BLVD                          Atty: BENJAMIN HESTON                    50 Rmng of 60 Mos.
LOS ANGELES CA 90036-3769                                                            Payment:        $1,475.00  Per   M
First Pmt Date       03/24/2024

Graduated Payment Plan
Months       1   Thru   6        $364.00     Per Month  =    $2,184.00
Months       7   Thru   60       $1,475.00   Per Month  =    $79,650.00

| Check | Batch Id | Date | Amount Paid | Src | Type | Description | Employer |
|---|---|---|---|---|---|---|---|
| 1223202435 | 24120032 | 12/23/2024 | $1,475.00 | TF | TFS Billpay | Monthly Plan Payment | |
| 1119202424 | 24110023 | 11/19/2024 | $1,500.00 | TF | TFS Billpay | Monthly Plan Payment | |
| 1113202415 | 24110015 | 11/13/2024 | $1,111.11 | TF | TFS Billpay | Monthly Plan Payment | |
| 1112202432 | 24110013 | 11/12/2024 | $364.00 | TF | TFS Billpay | Monthly Plan Payment | |
| 79202449 | 24070012 | 7/9/2024 | $546.00 | TF | TFS Billpay | Automatic Payment | |
| 610202472 | 24060012 | 6/10/2024 | $546.00 | TF | TFS Billpay | Automatic Payment | |
| 528202458 | 24050038 | 5/28/2024 | $546.00 | TF | TFS Billpay | Automatic Payment | |
| 429202449 | 24040045 | 4/29/2024 | $546.46 | TF | TFS Billpay | Automatic Payment | |

Total              $6,634.57

**3**

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1000 WILSHIRE BLVD, SUITE 870
LOS ANGELES, CA 90017

The foregoing document described as **DECLARATION OF MASAKO OKUDA REGARDING DEBTOR'S COMPLIANCE WITH COURT'S DIRECTIVE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 1/6/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- Kirsten Martinez    Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- Brande M McCann    askbk@resurgent.com
- Amitkumar Sharma    amit.sharma@aisinfo.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 1/6/2025, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Debtor
Danielle D Bias
5600 Wilshire Blvd
Los Angeles, CA 90036-3769

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/6/2025 | Carlos Robles | /s/ Carlos Robles |
|---|---|---|
| *Date* | *Type Name* | *Signature* |