Nancy Curry, Chapter 13 Trustee
Masako Okuda (SBN 247925)
1000 Wilshire Boulevard, Suite 870
Los Angeles, CA 90017
Tel: (213) 689-3014
Email: inquiries@trusteecurry.com



**FILED & ENTERED**

**JAN 10 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY mohammad DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Danielle D Bias,<br><br><br><br><br><br><br>Debtor | Case No. **2:24-bk-11360-VZ**<br><br>Chapter 13<br><br>**ORDER DISMISSING TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE**<br><br>**Calendar No. 24**<br><br>**HEARING DATE/TIME**<br>Date:   January 13, 2025<br>Time:  11:00 A.M.<br>Place: 255 E. Temple St., Courtroom 1368<br>           Los Angeles, CA 90012 |

An opposition was filed to the Trustee's Motion to Dismiss Chapter 13 Case. The Motion has now been settled by the parties and the Trustee requests that the Motion be dismissed under FRCP 41(a)(2). Based on the foregoing, **IT IS ORDERED** that the Trustee's Motion is DISMISSED.

### ###

Date: January 10, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge