United States Bankruptcy Court

Central District of California

In re:  Case No. 24-11360-VZ

Danielle D Bias  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 10, 2025 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Danielle D Bias, 5600 Wilshire Blvd, Los Angeles, CA 90036-3769 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2025  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A., c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Benjamin Heston | on behalf of Debtor Danielle D Bias bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Brande M McCann | on behalf of Creditor LVNV Funding LLC askbk@resurgent.com |
| Kirsten Martinez | on behalf of Creditor Toyota Motor Credit Corporation Kirsten.Martinez@bonialpc.com Notices.Bonial@ecf.courtdrive.com |
| Nancy K Curry (TR) | TrusteeECFMail@gmail.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 6

Nancy Curry, Chapter 13 Trustee
Masako Okuda (SBN 247925)
1000 Wilshire Boulevard, Suite 870
Los Angeles, CA 90017
Tel: (213) 689-3014
Email: inquiries@trusteecurry.com

**FILED & ENTERED**

JAN 10 2025

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** mohammad **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Danielle D Bias,<br><br><br><br><br><br><br><br><br>Debtor | Case No. **2:24-bk-11360-VZ**<br><br>Chapter 13<br><br>**ORDER DISMISSING TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE**<br><br>**Calendar No. 24**<br><br>**HEARING DATE/TIME**<br>Date:   January 13, 2025<br>Time:   11:00 A.M.<br>Place:  255 E. Temple St., Courtroom 1368<br>           Los Angeles, CA 90012 |

An opposition was filed to the Trustee's Motion to Dismiss Chapter 13 Case. The Motion has now been settled by the parties and the Trustee requests that the Motion be dismissed under FRCP 41(a)(2). Based on the foregoing, **IT IS ORDERED** that the Trustee's Motion is DISMISSED.

###

Date: January 10, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge