# United States Bankruptcy Court
## Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

## <u>NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN</u>

| | |
|---|---|
| **DEBTOR(S) INFORMATION:**<br>Danielle D Bias<br>**SSN:** xxx–xx–3861<br>**EIN:** N/A<br><br>5600 Wilshire Blvd<br>Los Angeles, CA 90036–3769 | **BANKRUPTCY NO.** 2:24–bk–11360–VZ<br>**CHAPTER** 13 |

Notice is hereby given of the entry of an order of this Court confirming a chapter 13 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: January 20, 2025

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc13pln – ncp13 v.12/20)

**49 / AUTU**