United States Bankruptcy Court
Central District of California

In re:                                                                                                                                Case No. 24-11360-VZ
Danielle D Bias                                                                                                                       Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                    User: admin                    Page 1 of 3
Date Rcvd: Jan 21, 2025                Form ID: ntc13pln                Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Danielle D Bias, 5600 Wilshire Blvd, Los Angeles, CA 90036-3769 |
| 41862497 | | Essex Apartments / The 5600 Wilshire, 5600 Wilshire Blvd, Los Angeles, CA 90036-3769 |
| 41862510 | + | Vacation Club Loans, 16403 Brookfield Estates, Delray Beach, FL 33446-2362 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Jan 22 2025 04:39:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Jan 22 2025 04:40:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Jan 22 2025 04:39:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 22 2025 04:52:10 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 22 2025 04:39:00 | Toyota Motor Credit Corporation, 3160 Crow Canyon Place, Suite 215, San Ramon, CA 94583-1110 |
| 41862491 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 22 2025 04:52:03 | AFFIRM, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 41862492 | | Email/Text: bk@avant.com | Jan 22 2025 04:40:00 | AVANT / WEB BANK, 222 Merchandise Mart Plz, Chicago, IL 60654-1103 |
| 41862493 | | Email/PDF: MarletteBKNotifications@resurgent.com | Jan 22 2025 04:51:16 | BEST EGG, 3419 Silverside Rd, Wilmington, DE 19810-4801 |
| 41862494 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 22 2025 04:37:34 | CAPITAL ONE, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 41862496 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 22 2025 04:52:33 | CREDIT ONE BANK, PO Box 98875, Las Vegas, NV 89193-8875 |
| 41917540 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 22 2025 04:51:19 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 41862498 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 22 2025 04:40:00 | FEB RETAIL / CCI, PO Box 4499, Beaverton, OR 97076-4499 |
| 41862499 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 22 2025 04:52:12 | FIRST PREMIER BANK, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 41862495 | | Email/Text: BNSFS@capitalsvcs.com | Jan 22 2025 04:39:00 | CCS / FIRST SAVINGS BANK, 500 E 60TH ST |

Case 2:24-bk-11360-VZ    Doc 50    Filed 01/23/25    Entered 01/23/25 21:42:37    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0973-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jan 21, 2025 | Form ID: ntc13pln | Total Noticed: 43 |

| Recip ID | | Notice Type | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | | N, SIOUX FALLS, SD 57104 |
| 41862501 | | Email/Text: BNSFS@capitalsvcs.com | Jan 22 2025 04:39:00 | First Savings Credit Card, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 41862500 | ^ | MEBN | Jan 22 2025 04:33:36 | FIRST SAVINGS BANK / BLAZE, 5501 S Broadband Ln, Sioux Falls, SD 57108-2253 |
| 41957743 | | Email/Text: bankruptcy@huntingtonmgt.com | Jan 22 2025 04:39:00 | Huntington National Management LLC, PO Box 1158, Hamburg, NY 14075-1158 |
| 41862502 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 22 2025 04:39:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 41923364 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 22 2025 04:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 41862503 | | Email/Text: Documentfiling@lciinc.com | Jan 22 2025 04:39:00 | LENDING CLUB BANK, 595 Market St Ste 200, San Francisco, CA 94105-2802 |
| 41973130 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2025 04:52:08 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 41878674 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2025 04:38:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 41919683 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 22 2025 04:37:59 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 41862504 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 22 2025 04:52:20 | MERRICK BANK, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 41862505 | | Email/Text: EBN@Mohela.com | Jan 22 2025 04:39:00 | MOHELA / DEPT OF EDUCATION, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 42091010 | | Email/Text: EBN@Mohela.com | Jan 22 2025 04:39:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 41957111 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 22 2025 04:52:49 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 41956922 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 22 2025 04:37:59 | Portfolio Recovery Associates, LLC, c/o LENDINGCLUB BANK,, NATIONAL ASSOCIATION, POB 41067, Norfolk VA 23541 |
| 41980617 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 22 2025 04:37:59 | Portfolio Recovery Associates, LLC, c/o THE BANK OF MISSOURI, POB 41067, Norfolk, VA 23541 |
| 41949908 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2025 04:51:28 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 41923406 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 22 2025 04:40:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 41913614 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2025 04:51:16 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 41862506 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 22 2025 04:51:19 | SYNCHRONY / CARE CREDIT, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 41955826 | | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 22 2025 04:52:06 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 41862507 | ^ | MEBN | Jan 22 2025 04:33:38 | TELECOM SELF-REPORTED, PO Box 4500, Allen, TX 75013-1311 |
| 41862508 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 22 2025 04:39:00 | THE BANK OF MISSOURI, 5 Concourse Pkwy Ste 400, Atlanta, GA 30328-9114 |
| 41862509 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 22 2025 04:39:00 | TOYOTA MOTOR CREDIT, PO Box 9786, Cedar Rapids, IA 52409-0004 |

Case 2:24-bk-11360-VZ  Doc 50  Filed 01/23/25  Entered 01/23/25 21:42:37  Desc
Imaged Certificate of Notice  Page 3 of 4

| District/off: 0973-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 21, 2025 | Form ID: ntc13pln | Total Noticed: 43 |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| 41956313 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com Jan 22 2025 04:39:00 | | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 41862511 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 22 2025 04:39:00 | | VERIZON, PO Box 650584, Dallas, TX 75265-0584 |
| 41940136 | | Email/PDF: ebn_ais@aisinfo.com Jan 22 2025 04:51:29 | | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | LVNV Funding, LLC, c/o Resurgent Capital Services, Po Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Toyota Motor Credit Corporation, 3160 Crow Canyon Place, Suite 215, San Ramon, CA 94583-1110 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2025               Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2025 at the address(es) listed below:

**Name**  **Email Address**

Amitkumar Sharma
on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com

Benjamin Heston
on behalf of Debtor Danielle D Bias bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Brande M McCann
on behalf of Creditor LVNV Funding  LLC askbk@resurgent.com

Kirsten Martinez
on behalf of Creditor Toyota Motor Credit Corporation Kirsten.Martinez@bonialpc.com  Notices.Bonial@ecf.courtdrive.com

Nancy K Curry (TR)
TrusteeECFMail@gmail.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

TOTAL: 6

# United States Bankruptcy Court
# Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

# NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

**DEBTOR(S) INFORMATION:**
Danielle D Bias
**SSN:** xxx–xx–3861
**EIN:** N/A

5600 Wilshire Blvd
Los Angeles, CA 90036–3769

**BANKRUPTCY NO.** 2:24–bk–11360–VZ
**CHAPTER** 13

Notice is hereby given of the entry of an order of this Court confirming a chapter 13 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: January 20, 2025

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc13pln – ncp13 v.12/20)

**49 / AUTU**