UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee

Page   1

BENJAMIN HESTON
NEXUS BANKRUPTCY
3090 BRISTOL STREET #400
COSTA MESA,CA 92626-

Date           01/28/2025       BIAS, DANIELLE D

Case Number  2:24-bk-11360-VZ
                                5600 WILSHIRE BLVD
Bar Date       05/03/2024       LOS ANGELES CA 90036-3769

## NOTICE OF INTENT TO PAY CLAIMS

Notice is hereby given to the debtor and counsel, if any, that the Trustee will pay the claims listed below.  Any questions regarding this notice should be directed to the Trustee in writing at 1000 Wilshire Blvd., Suite 870, Los Angeles, CA  90017.

| Creditor | Date Filed | Scheduled | Claim Amount | Pay % | Class |
|---|---|---|---|---|---|
| 101-0 INTERNAL REVENUE SERVICE | 04/04/2024 | 0.00 | 0.00 | | Priorty |
| P.O. BOX 7317 PHILADELPHIA,PA 19101-7317 | | | | | |
| 201-0 INTERNAL REVENUE SERVICE | 04/04/2024 | 33,773.00 | 33,772.57 | | Secure |
| P.O. BOX 7317 PHILADELPHIA,PA 19101-7317 | | | | | |
| 202-0 TOYOTA MOTOR CREDIT CORPORATIO | 05/01/2024 | 0.00 | 724.02 | | Secure |
| PO BOX 4700 PHOENIX,AZ 85030- | | | | | |

Continued on Next Page

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee

Page  2

In RE:   BIAS, DANIELLE D                                                              Case Number   2:24-bk-11360-VZ  1/28/2025

| Creditor | Date Filed | Scheduled | Claim Amount | Pay % | Class |
|---|---|---|---|---|---|
| 401-0  LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>P.O. BOX 10587<br>GREENVILLE,SC 29603-0587 | 03/07/2024 | 0.00 | 681.32 | 100.00 | Unsec |
| 402-0  LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>P.O. BOX 10587<br>GREENVILLE,SC 29603-0587 | 04/01/2024 | 11,909.00 | 11,908.25 | 100.00 | Unsec |
| 403-0  CAPITAL ONE, N.A.<br>BY AMERICAN INFOSOURCE<br>P.O. BOX 71083<br>CHARLOTTE,NC 28272-1083 | 04/04/2024 | 97.00 | 202.90 | 100.00 | Unsec |
| 404-0  CAPITAL ONE, N.A.<br>BY AMERICAN INFOSOURCE<br>P.O. BOX 71083<br>CHARLOTTE,NC 28272-1083 | 04/04/2024 | 351.00 | 905.56 | 100.00 | Unsec |
| 405-0  MERRICK BANK<br>C/O RESURGENT CAPITAL SERVICES<br>P.O. BOX 10368<br>GREENVILLE,SC 29603-0368 | 04/05/2024 | 1,254.00 | 1,172.12 | 100.00 | Unsec |
| 406-0  JEFFERSON CAPITAL SYSTEMS, LLC<br>P.O. BOX 772813<br>CHICAGO,IL 60677-2813 | 04/09/2024 | 147.00 | 230.21 | 100.00 | Unsec |
| 407-0  JEFFERSON CAPITAL SYSTEMS, LLC<br>P.O. BOX 772813<br>CHICAGO,IL 60677-2813 | 04/09/2024 | 998.00 | 998.40 | 100.00 | Unsec |
| 408-0  VERIZON<br>C/O AMERICAN INFOSOURCE<br>P.O. BOX 4457<br>HOUSTON,TX 77210-4457 | 04/22/2024 | 220.00 | 212.26 | 100.00 | Unsec |
| 409-0  LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>P.O. BOX 10587<br>GREENVILLE,SC 29603-0587 | 04/29/2024 | 1,431.00 | 1,470.02 | 100.00 | Unsec |

Continued on Next Page

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee

Page   3

In RE:   BIAS, DANIELLE D                                                                 Case Number   2:24-bk-11360-VZ  1/28/2025

| Creditor | Date Filed | Scheduled | Claim Amount | Pay % | Class |
|---|---|---|---|---|---|
| 410-0  LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>P.O. BOX 10587<br>GREENVILLE,SC 29603-0587 | 04/29/2024 | 1,157.00 | 1,223.45 | 100.00 | Unsec |
| 411-0  LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>P.O. BOX 10587<br>GREENVILLE,SC 29603-0587 | 04/29/2024 | 1,327.00 | 1,405.46 | 100.00 | Unsec |
| 412-0  PYOD LLC<br>C/O RESURGENT CAPITAL SERVICES<br>P.O. BOX 19008<br>GREENVILLE,SC 29602- | 04/29/2024 | 0.00 | 1,107.54 | 100.00 | Unsec |
| 413-0  SYNCHRONY BANK<br>BY AIS INFOSOURCE LP AS AGENT<br>P.O. BOX 4457<br>HOUSTON,TX 77210- | 04/30/2024 | 588.00 | 382.81 | 100.00 | Unsec |
| 414-0  PORTFOLIO RECOVERY ASSOCIATES<br>P.O. BOX 12914<br>NORFOLK,VA 23541- | 05/02/2024 | 3,297.00 | 3,241.44 | 100.00 | Unsec |
| 415-0  PORTFOLIO RECOVERY ASSOCIATES<br>P.O. BOX 12914<br>NORFOLK,VA 23541- | 05/02/2024 | 1,006.00 | 1,291.28 | 100.00 | Unsec |
| 416-0  HUNTINGTON NATIONAL MANAGEMENT<br>PO BOX 1158<br>HAMBURG,NY 14075-1158 | 05/03/2024 | 0.00 | 1,059.32 | 100.00 | Unsec |
| 417-0  DEPARTMENT OF EDUCATION/MOHELA<br>P.O. BOX 790453<br>ST LOUIS,MO 63179- | 08/14/2024 | 99,629.00 | 101,423.58 | 100.00 | Unsec<br>Direct * |
| 418-0  AFFIRM INC.<br>650 CALIFORNIA ST., 12TH FLOOR<br>SAN FRANCISCO,CA 94108- |  | 125.00 | 0.00 | 100.00 | Unsec<br>Not Filed |

Continued on Next Page

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee

Page 4

In RE:   BIAS, DANIELLE D                                                         Case Number   2:24-bk-11360-VZ  1/28/2025

| Creditor | Date Filed | Scheduled | Claim Amount | Pay % | Class |
|---|---|---|---|---|---|
| 419-0  CCS/FIRST SAVINGS BANK<br>500 EAST 60TH ST N<br>SIUOX FALLS,SD 57104- | | 764.00 | 0.00 | 100.00 | Unsec<br>Not Filed |
| 420-0  FEB RETAIL/CCI<br>PO BOX 4499<br>BEAVERTON,OR 97076-4499 | | 29.00 | 0.00 | 100.00 | Unsec<br>Not Filed |
| 421-0  FSB BLAZE<br>5501 S BROADBAND LN<br>SIOUX FALLS,SD 57108- | | 1,024.00 | 0.00 | 100.00 | Unsec<br>Not Filed |
| 422-0  INTERNAL REVENUE SERVICE<br>P.O. BOX 7317<br>PHILADELPHIA,PA 19101-7317 | | 13,764.00 | 0.00 | 100.00 | Unsec<br>Not Filed |
| 423-0  TELECOM SELF-REPORTED<br>P.O. BOX 4500<br>ALLEN,TX 75013- | | 25.00 | 0.00 | 100.00 | Unsec<br>Not Filed |
| 424-0  TELECOM SELF-REPORTED<br>P.O. BOX 4500<br>ALLEN,TX 75013- | | 20.00 | 0.00 | 100.00 | Unsec<br>Not Filed |
| 666-0  BENJAMIN HESTON<br>NEXUS BANKRUPTCY<br>3090 BRISTOL STREET #400<br>COSTA MESA,CA 92626- | 02/23/2024 | 5,000.00 | 5,000.00 | | Legal |
| TRS-0  NANCY CURRY, TRUSTEE | | 0.00 | 7,276.55 | | Trustee |

|  | Secured | Priority | Unsecured | Admin | Atty | Other |
|---|---|---|---|---|---|---|
| Debt To Be Paid | 34,496.59 | 0.00 | 27,492.34 | 7,276.55 | 3,500.00 | 0.00 |

Total To Be Paid     72,765.48

Continued on Next Page

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee

Page  5

| In RE: | BIAS, DANIELLE D | | | Case Number | 2:24-bk-11360-VZ 1/28/2025 | |
|---|---|---|---|---|---|---|
| Creditor | | Date Filed | Scheduled | Claim Amount | Pay % | Class |

/s/ Nancy Curry, Trustee

PROOF OF SERVICE

I declare that I am a citizen of the United States, over the age of 18 years and not a party of the within action; That I am employed by NANCY CURRY, CHAPTER 13 STANDING TRUSTEE and that on  1/28/2025 I served the within NOTICE OF INTENT TO PAY CLAIMS on:   Debtor and                              Debtors attorney.
by first class mail with postage fully prepaid thereon.

BIAS, DANIELLE D

5600 WILSHIRE BLVD
LOS ANGELES CA 90036-3769

BENJAMIN HESTON
NEXUS BANKRUPTCY
3090 BRISTOL STREET #400
COSTA MESA CA 92626-

Executed at Los Angeles, California on 1/28/2025

/s/ Elizet Cash-Shelton