**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949-312-1377
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re: | Case No.: 2:24-bk-11360-VZ |
|---|---|
| DANIELLE D. BIAS, | Chapter 13 |
| Debtor. | **NOTICE OF HEARING AND OPPOSITION TO MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING** |
| | **Hearing:**<br>Date: May 11, 2026<br>Time: 11:00 AM<br>Courtroom: 1368 |

TO THE CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:

Debtor, Danielle D. Bias, hereby opposes the Trustee's Motion for Order Dismissing Chapter 13 Proceeding on the grounds that she will be filing a motion to modify her plan to bring payments current.

Parties are hereby notified that a hearing on the Trustee's Motion has been set for May 11, 2026 at 11:00 AM in courtroom 1368 of the United States Bankruptcy Court – Los Angeles Division, located at 255 E. Temple Street, Suite 1360, Los Angeles, CA 90012.

                                                                                 **NEXUS BANKRUPTCY**

Date: March 6, 2026                        /s/Benjamin Heston
                                                         BENJAMIN HESTON,
                                                         Attorney for Debtors

1