**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949-312-1377
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:24-bk-11360-VZ |
| DANIELLE D. BIAS, | Chapter 13 |
| Debtor. | **WITHDRAWAL OF: NOTICE OF HEARING AND OPPOSITION TO MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING (DOCKET #54)** |

  Debtor, Danielle D. Bias, hereby withdraws the pleading filed as docket #54, entitled Notice of Hearing and Opposition to Motion for Order Dismissing Chapter 13 Proceeding.

                  **NEXUS BANKRUPTCY**

Date: March 15, 2026
                  /s/Benjamin Heston
                  BENJAMIN HESTON,
                  Attorney for Debtors

1