**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949-312-1377
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>DANIELLE D. BIAS,<br><br>Debtor. | Case No.: 2:24-bk-11360-VZ<br><br>Chapter 13<br><br>**WITHDRAWAL OF:**<br>**NOTICE OF HEARING AND**<br>**OPPOSITION TO MOTION FOR ORDER**<br>**DISMISSING CHAPTER 13**<br>**PROCEEDING (DOCKET #54)** |

Debtor, Danielle D. Bias, hereby withdraws the pleading filed as docket #59, entitled Notice of Hearing and Opposition to Motion for Order Dismissing Chapter 13 Proceeding.

Date: March 16, 2026

NEXUS BANKRUPTCY

/s/Benjamin Heston
BENJAMIN HESTON,
Attorney for Debtors

1