| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>Benjamin Heston (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Debtor appearing without attorney*<br>☑ *Attorney for Debtor(s)* | |

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| List all names (including trade names) used by Debtor within the last 8 years.<br><br>In re:<br><br>DANIELLE D BIAS,<br><br><br><br><br>Debtor(s). | CASE NUMBER: **2:24-bk-11360-VZ**<br><br>CHAPTER 13 |
|---|---|
| | **MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS** |
| | [No Hearing Required] |

1. The Debtor hereby movies this court to modify the confirmed Chapter 13 Plan or suspend plan payments, as set forth in detail below.

2. The purpose of this motion is to *(check all that apply):*
   ☒ Cure the delinquency.
   ☐ Address the expiration of the plan.
   ☐ Cure the infeasibility of the plan.
   ☒ Modify the amount of the plan payment, the length of the plan and/or the percentage to be paid to unsecured creditors because of a change in financial circumstances.

3. Terms of original confirmed Chapter 13 Plan:
   The Order Confirming Plan was entered on: **1/13/2025**
   Plan payment amount(s): **$364** for months **1 - 6**; **$1,475** for months **7 - 60**.
   Length of plan: **60** months.
   Percentage paid to Class 5 general unsecured creditors: **100%**

4. There have been **0** previous modification or suspension orders.
   Plan payments have been suspended for **0** months and/or the plan has been extended for **0** months.

5. Current plan terms *(complete this section if the confirmed chapter 13 plan has been subject to a previous modification or suspension order):*
   Plan payment amount(s): $___ per month.
   Length of plan: ___ months.
   Percentage paid to Class 5 general unsecured creditors: ___%

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1                         **F 3015-1.05.MOTION.MODIFY.SUSPEND**

6.  Proposed modification:
    ☒ Suspend *(indicate number of plan payments)* **7** plan payments
    ☐ Extend the term by *(indicate number of months)* ___ month(s).
    ☐ Reduce the term by *(indicate number of months)* ___ month(s).
    ☒ Increase the plan payment from **$1,475** to **$1,590** from (date) **3/2026** to (date) **end of plan**.
    ☐ Reduce the plan payment from $___ to $___ from (date) ___ to (date) ___.
    ☐ Other:

7.  Since the Order Confirming Plan or the last modification or suspension order was entered, the debtor's circumstances have changed in the following respect:

    **I fell behind on plan payments because I experienced a temporary increase in household expenses after my son became a first-year student at UCLA and began living on campus, which required me to pay college-related expenses that were not previously part of my monthly budget. Those expenses caused a temporary strain on my finances, but my expenses have now returned to normal, and I am able to resume making Chapter 13 payments in the amount of $1,590, which I have been doing since March. Despite the temporary setback, I believe I can successfully complete my Chapter 13 plan.**

    ***File and serve amended schedules I and J (if appropriate) and supporting documentation concerning the basis for this motion including, but not limited to, proof of income.***

8.  If this motion is granted, the last plan payment would be payable **60** months after the first plan payment was due.

9.  If this motion is granted:

    a.  ☒   There will be no change in the percentage paid to Class 5 general unsecured creditors.

    OR

    b.  ☐   The percentage paid to Class 5 general unsecured creditors will change from __% to __%.


Date: **5/10/2026**                              /s/Benjamin Heston
                                                 BENJAMIN HESTON
                                                 **Attorney for Debtor(s)**

**I declare under penalty of perjury that the following is true and correct.**

DANIELLE D BIAS
**Debtor 1**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 2                              **F 3015-1.05.MOTION.MODIFY.SUSPEND**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5/11/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nancy K Curry (TR)    inquiries@trusteecurry.com, TrusteeECFMail@gmail.com
Kirsten Martinez    Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
Brande M McCann    askbk@resurgent.com
Amitkumar Sharma    amit.sharma@aisinfo.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2**.  **SERVED BY UNITED STATES MAIL**:
On (*date*) 5/11/2026 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Vincent P. Zurzolo
255 E. Temple Street
Suite 1360 / Courtroom 1368
Los Angeles, CA 90012

☐ Service information continued on attached page

**3**.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/11/2026 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF.SERVICE**