Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

**NEXUS BANKRUPTCY**
**Benjamin Heston (297798)**
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

FOR COURT USE ONLY

**FILED & ENTERED**

**JUL 08 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY mohammad DEPUTY CLERK**

☐ *Debtor appearing without attorney*
☒ *Attorney for: Debtor*
☐ *Chapter 13 trustee*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re:

DANIELLE D. BIAS,

CASE NO.: 2:24-bk-11360-VZ

CHAPTER: 13

**ORDER ON:**
☒ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**
☐ **OTHER:**

☒ No hearing held

☐ Hearing held

DATE:
TIME:
COURTROOM:
PLACE:

Debtor(s).

Based on Debtor's motion filed on (*date*) **5/11/2026** as docket entry number **64** and the recommendation of the chapter 13 trustee, it is ordered that Debtor's motion is:

☒    Granted          ☐    Denied

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 1                    **F 3015-1.14.ORDER.CH13.GENRL**

☐    Granted on the terms set forth in the chapter 13 trustee's comments on or objection to Debtor's motion

☐    Granted on the following conditions:

☐    Set for hearing on (*date*) _____ at (*time*) _____.

###

Date: July 8, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.