Nancy Curry, Chapter 13 Trustee
Masako Okuda (SBN 247925)
1000 Wilshire Boulevard, Suite 870
Los Angeles, CA 90017
Tel: (213) 689-3014
Email: inquiries@trusteecurry.com



**FILED & ENTERED**

**JUL 14 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY johnson   DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

In re:

Danielle D Bias,

                                    Debtor

Case No. **2:24-bk-11360-VZ**

Chapter 13

**ORDER DISMISSING TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE**

**Calendar No. 14**

**HEARING DATE/TIME**
Date:   July 20, 2026
Time:   11:00 A.M.
Place:  255 E. Temple Street
           Courtroom 1368
           Los Angeles, CA 90012

An opposition was filed to the Trustee's Motion to Dismiss Chapter 13 Case. The Motion has now been settled by the parties and the Trustee requests that the Motion be dismissed under FRCP 41(a)(2). Based on the foregoing, **IT IS ORDERED** that the Trustee's Motion is DISMISSED.

### ###

Date: July 14, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge